## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS HANKS, | : | |
|    Plaintiff. | : | CIVIL ACTION |
| | : | |
|       v. | : | |
| | : | NO. 05-6400 |
| COUNTY OF DELAWARE ET AL., | : | |
|    Defendant. | : | |

## ORDER

**AND NOW**, this _19th__ day of September, 2008, it is **ORDERED** that Defendant Delaware County's Motion in Limine to Preclude Subsequent and Substantively Changed Testimony of Sarah Elizabeth Hanks (Doc. #57) is **DENIED** as stated on the record.


s/Anita B. Brody

_____
ANITA B. BRODY, J.


Copies **VIA ECF** on _____ to:       Copies **MAILED** on _____ to: